ESSEX COUNTY WELFARE BOARD v.
DEPT. OF INSTITUTIONS & AGENCIES.

March 29, 1977. Motion for leave to appeal granted. (See 147 *N. J. Super.* 546)

ESSEX COUNTY WELFARE BOARD v.
DEPT. OF INSTITUTIONS & AGENCIES, IRENE STOWERS.

March 29, 1977. Motion for leave to appeal granted. (See 147 *N. J. Super.* 546)

MOTOR CLUB FIRE & CASUALTY CO. v.
NEW JERSEY MANUFACTURERS INS., CO.

November 11, 1976. Petition for rehearing granted. (See 71 *N. J.* 352)

JOHANN J. STEWART FORBES v.
MARY ELIZABETH RICH, *ET AL.*

November 30, 1976. Motion for leave to appeal granted and the order of the trial court is summarily reversed.

STATE OF NEW JERSEY v. NICHOLAS A. LAGANELLA.

December 15, 1976. Motion to dismiss appeal granted. (See 144 *N. J. Super.* 268)